UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Tasha L. Thomas

Debtor(s)

Order Filed on February 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-20750

Hearing Date: January 29, 2019

Judge: ANDREW B. ALTENBURG JR.

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Applicant:  
Applicant's Counsel:  
Debtor's Counsel:  
Property Involved("Collateral"):  

SN Servicing Corporation  
Friedman Vartolo LLP  
Stacey Mullen, Esq.  
201 Kennedy Boulevard, Bellmawr, NJ 08031  

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to Dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **8** months, at **$1,308.05** per month, from **June 1, 2017** to **January 1, 2018**.

   - The Debtor is overdue for **11** payments at **$1,312.68** per month, from **February 1, 2018** to **December 1, 2018**.

   Total Arrearages Due **$25,465.73**

2. Debtor must cure all post-petition arrearages, as follows:

   - Immediate payment shall be made in the amount of **$1,312.68** representing mortgage payment for **January 1, 2019**.

   - Beginning on **February 1, 2019**, additional monthly cure payments shall be made in the amount of **$2,829.53** for nine (9) months.

   - Beginning on **February 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$1,312.68** or as defined by terms of the Note and Mortgage.

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the

payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

3. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

Stacey Mullen, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*
SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust